**STOKER COAL COMPANY, Appellant,**

v.

**Charles FERGUSON et al., Appellees.**

Court of Appeals of Kentucky.

June 3, 1955.

Craft & Stanfill, Hazard, for appellant.

Napier & Napier, Hazard, for appellees.

PER CURIAM.

This case is before us on motion for an appeal under KRS 21.080 covering judgments less than $2,500.

We have examined the record and briefs, and conclude that the instructions given were proper and that the testimony as to value was competent.

Finding no prejudicial errors, the motion for an appeal is overruled and the judgment is affirmed.